

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  07-23291-CIV-MORENO
06-20415-CR-MORENO

JEAN BERTRANG CASIMIR,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE WITHOUT PREJUDICE

THE MATTER was referred to the Honorable Andrea M. Simonton, United States Magistrate Judge for a Report and Recommendation on Movant's Motion Pursuant to 28 U.S.C. 2255 to Vacate and Set Aside Judgment **(D.E. No. 1)**, filed on **December 18, 2007**.  The Magistrate Judge filed a Report and Recommendation **(D.E. No. 7)** on **January 31, 2008**.  The Court has reviewed the entire file and record.  The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Andrea M. Simonton's Report and Recommendation **(D.E. No. 7)** on **January 31, 2008** is **AFFIRMED** and **ADOPTED**.  Accordingly, it is

**ADJUDGED** that:

    (1)    the Motion to Vacate and Set Aside the Judgment is DISMISSED without prejudice

with leave to refile after the conclusion of the Movant's direct appeal; and

(2)     this case is closed and all pending motions are DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 26th  day of April, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Andrea M. Simonton

Parties and Counsel of Record